**Adam D. Ford** (UTB# 11363)
**Matthew B. Crane** (UTB# 13909)
Ford & Crane PLLC
4161 N. Thanksgiving Way, Suite 300
Lehi, UT 84043
Telephone: (801) 331-8668
Email: adam.ford@fordcranelaw.com
       matthew.crane@fordcranelaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT,
## IN AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| CAROLYN FORD,<br><br>          Plaintiff,<br>vs.<br><br>SUB ARCHITECTS, LLC, a Utah Limited Liability Company doing business as SUBWAY SANDWICHES, BARTON INVESTMENT, LLC, a Utah Limited Liability Company, and John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X.<br><br>          Defendants. | **STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:16-CV-306-DBP<br><br>Magistrate Judge Dustin B. Pead |

Plaintiff Carolyn Ford and Defendants Sub Architects, LLC and Barton Investment, LLC (collectively, the "Parties"), by and through undersigned counsel, stipulate and jointly move the Court for an order dismissing this action with prejudice. The Parties have resolved their dispute and agree that this matter should be dismissed with prejudice. A proposed order dismissing all claims with prejudice, approved by all parties, is filed and served herewith.

STIPULATED the 3rd day of June, 2016.

                                      FORD & CRANE PLLC

                                      /s/ Matthew B. Crane
                                      Adam D. Ford
                                      Matthew B. Crane
                                      *Attorneys for Plaintiff Carolyn Ford*

STIPULATED the 3rd day of June, 2016.

                                      DURHAM JONES & PINEGAR, P.C.

                                      /s/ Gretta C. Spendlove
                                      Gretta C. Spendlove
                                      Richard M. Hymas
                                      *Attorneys for Defendant Barton Investment, LLC*
                                      (Signed electronically with permission from
                                      Gretta C. Spendlove)

STIPULATED the 3rd day of June, 2016.

                                      BENNETT TUELLER JOHNSON & DEERE PC

                                      /s/ Daniel K. Brough
                                      Daniel K. Brough
                                      *Attorney for Defendant Sub Architects, LLC*
                                      (Signed electronically with permission from
                                      Daniel K. Brough)

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on the 3rd day of June, 2016, I caused a true and correct copy of the foregoing STIPULATED MOTION TO DISMISS WITH PREJUDICE to be filed with the Court via CM/ECF, which caused notice to be served upon all e-filing counsel of record via the Court's Notice of Electronic Filing [NEF].

/s/ Matthew B. Crane