Order Prepared By:
**Adam D. Ford** (UTB# 11363)
**Matthew B. Crane** (UTB# 13909)
Ford & Crane PLLC
4161 N. Thanksgiving Way, Suite 300
Lehi, UT 84043
Telephone: (801) 331-8668
Email: adam.ford@fordcranelaw.com
matthew.crane@fordcranelaw.com

*Attorneys for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT,
### IN AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| CAROLYN FORD,<br><br>             Plaintiff,<br>vs.<br><br>SUB ARCHITECTS, LLC, a Utah Limited Liability Company doing business as SUBWAY SANDWICHES, BARTON INVESTMENT, LLC, a Utah Limited Liability Company, and John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X.<br><br>             Defendants. | **ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:16-CV-306-DBP<br><br>Magistrate Judge Dustin B. Pead |

This matter is before the court pursuant to the Stipulated Motion to Dismiss with Prejudice which was stipulated to and jointly filed by the parties on June 3, 2016. (ECF No. 17.) Having reviewed the stipulation of the Parties that they have resolved the controversy between them, there appears good cause that the motion should be GRANTED.

1

2

IT IS HEREBY ORDERED, ADJUGED AND DECREED that the action styled above is dismissed, with prejudice.

DATED the 6th day of June, 2016.

BY THE COURT

_____
Dustin B. Pead
U.S. Magistrate Judge